Law Offices of Bill LaTour
Bill LaTour [SBN: 169758]
   11332 Mountain View Ave., Suite C
   Loma Linda, California 92354
   Telephone: (909) 796-4560
   Facsimile:  (909) 796-3402
   E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| GAMALAT MANSOUR, | ) | No. EDCV 07-851 PLA |
| | ) | |
|   Plaintiff, | ) | <u>ORDER AWARDING EAJA FEES</u> |
|   v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
|   Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount TWO THOUSAND TWO HUNDRED DOLLARS and 00/cents ($2,200.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

DATED:  3/12/09      /s/ - Paul L. Abrams
                                   HON. PAUL L. ABRAMS
                                   UNITED STATES MAGISTRATE JUDGE